**Order filed May 21, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00041-CR

**DONNIE RAY PEARSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1286988**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits #161 and #162 (DVD).**

The clerk of the 185th District Court is directed to deliver to the Clerk of this court the original of State's Exhibits #161 and #162 (DVD), on or before **June 01, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits #161 and #162 (DVD), to the clerk of the 185th District Court.

PER CURIAM